LOCAL BANKRUPTCY FORM 9013-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Michale L. Graff

CHAPTER 13

CASE NO. 1-18-bk-03649-RNO

Debtor(s)

ADVERSARY NO. __-__ ap-_____
(if applicable)

Plaintiff(s)/Movant(s)
vs.

Nature of Proceeding: hearing

Defendant(s)/Respondent(s)

Document #: 1

FILED HARRISBURG
2018 SEP 19 PM 1:2[?]
CLERK U.S. BANKRUPTCY COURT

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

I received paperwork for hearing on Sept. 17th. I can not get off work on such short notice, nor get paperwork that is needed in time

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 9-18-18

Attorney for n/a
Name: Michala Graff
Phone Number: 717-701-3339

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.