```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 18-03649-RNO
Michelle L. Graff                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1　　　User: CKovach　　　Page 1 of 1　　　Date Rcvd: Sep 20, 2018
　　　　　　　　　　　　　Form ID: pdf010　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2018.
db　　　　+Michelle L. Graff,　924 Alexander Spring Rd,　Carlisle, PA 17015-9183

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2018　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2018 at the address(es) listed below:
　　　　　Charles J DeHart, III (Trustee)　　dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
　　　　　James　Warmbrodt　　on behalf of Creditor　BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
　　　　　United States Trustee　　ustpregion03.ha.ecf@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Michelle L. Graff | Chapter: | 13 |
| Debtor 1 | Case No.: | 1:18-bk-03649-RNO |
| | Document No.: | 17 |
| vs. | Nature of Proceeding: | Request to Continue |

## ORDER TO CONTINUE

Upon consideration of the Debtor's Request to Continue Hearing,

**IT IS HEREBY ORDERED** that the Request to Continue is approved and the Hearing on Debtor's Request for Temporary Waiver of Credit Counseling Requirement is continued to October 25, 2018, at 10:00 am in the United States Bankruptcy Court, The Ronald Reagan Federal Building, Bankruptcy Courtroom, Third Floor, Third and Walnut Streets, Harrisburg, Pennsylvania 17101.

Dated: September 19, 2018

By the Court,

*Robert N. Opel, II*

Robert N. Opel, II, Chief Bankruptcy Judge (DG)

Initial requests for a continuance of hearing (L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.   Order to Continue - Revised 04/18