```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                    Case No. 18-03649-RNO
Michelle L. Graff                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: CKovach          Page 1 of 1          Date Rcvd: Oct 25, 2018
                              Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2018.
db         +Michelle L. Graff,   924 Alexander Spring Rd,   Carlisle, PA 17015-9183

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2018 at the address(es) listed below:
         Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
         James   Warmbrodt   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
         United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                                 TOTAL: 3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

**MICHELLE L. GRAFF**

* Debtors

| | |
|---|---|
| Chapter: | **13** |
| Case Number: | **1-18-bk-03649 RNO** |
| Document No.: | **1** |
| Nature of Proceeding: | **Request for Temporary Waiver of Credit Counseling Requirement** |

# ORDER

Upon consideration of the Debtor's Request for Temporary Waiver of Credit Counseling Requirement, after hearing held on October 25, 2018, it is

ORDERED that the Request is DENIED for want of prosecution.

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (BI)

October 25, 2018