```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                      Case No. 18-03649-RNO
Michelle L. Graff                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: CKovach     Page 1 of 1     Date Rcvd: Oct 25, 2018
                        Form ID: pdf010    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2018.
```
db              +Michelle L. Graff,    924 Alexander Spring Rd,    Carlisle, PA 17015-9183
5102319          Bank of America Home Loans,    PO Box 15222,    Wilmington, DE 19886-5222
5104856         +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                  Washington, DC 20410-0002
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5121793          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 25 2018 19:06:44
                  Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
                                                                                             TOTAL: 1
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 3
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| Michelle L Graff | Chapter: 13 |
|---|---|
| Debtor 1 | Case No.: 1-18-bk-03649-RNO |

## ORDER DISMISSING CASE

It appearing that the above named Debtor has failed to file the documents listed below, required pursuant to 11 U.S.C. §521 and Bankruptcy Rule 1007:

B 122C-1 - Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period
B 122C-2 - Chapter 13 Calculation of Your Disposal Income
Schedules A-F
Schedules I-J
Statement of Financial Affairs
Employee Income Records or Certificate of No Payment Advices

**IT IS HEREBY, ORDERED** that the case of the above named Debtor be and is hereby dismissed. The Trustee hereby is discharged from further responsibility in this case, and it is further

**ORDERED** that all pending actions in this case are hereby dismissed.

By the Court,

_Robert N. Opel, II, Chief Bankruptcy Judge (BI)_

October 25, 2018

Order Dismissing Case for Failure to File Req. Docs. - Revised 04/18